## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LINDA DELAUGHTER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF RICHARD T. DELAUGHTER JR.,** | **MISC. CASE NO.**  6:17-mc-0006 |
| **VERSUS** | **JUDGE DOHERTY** |
| **TAKEDA PHARMACEUTICALS AMERICA, INC.; et al.** | **MAGISTRATE JUDGE HANNA** |

### REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, RICHARD DELAUGHTER JR.

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Linda Delaughter, as Personal Representative and Derivative Claimant; and Kathy Delaughter, Penny Aurand, Sally Delaughter, and Richard Delaughter III as Derivative Claimant and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, Linda Delaughter, as Personal Representative and Derivative Claimant; and Kathy Delaughter, Penny Aurand, Sally Delaughter, and Richard Delaughter III as Derivative Claimant individually and as legal heirs to the Estate of Richard Delaughter Jr., deceased, and Takeda, as notice to the Court on  January 12, 2017  be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this 21st of February, 2017, 2016.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE