RECEIVED
MAR 1 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| LINDA DELAUGHTER, ET AL. | MISC. CASE NO. 17-mc-06 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICALS AMERICA, INC, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Linda Delaughter, as Personal Representative and Derivative Claimant, and Kathy Delaughter, Penny Aurand, Sally Delaughter, and Richard Delaughter III, as Derivative Claimants of the Estate of Richard Delaughter, Jr., is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 15th day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE